## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:14-cv-571 |
| v. | § § | **JURY TRIAL DEMANDED** |
| BROCADE COMMUNICATION SYSTEMS, INC., | § § § | |
| Defendant. | § § | |

## PLAINTIFFS' ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Uniloc USA, Inc. ("Uniloc USA") and Uniloc Luxembourg S.A. ("Uniloc Luxembourg") (collectively, "Uniloc") file this Original Complaint against Brocade Communication Systems, Inc. for infringement of U.S. Patent No. 5,490,216 ("the '216 patent").

## THE PARTIES

1.      Uniloc USA, Inc. ("Uniloc USA") is a Texas corporation with its principal place of business at Legacy Town Center I, Suite 380, 7160 Dallas Parkway, Plano, Texas 75024. Uniloc USA also maintains a place of business at 102 N. College, Ste. 806, Tyler, Texas 75702.

2.      Uniloc Luxembourg S.A. ("Uniloc Luxembourg") is a Luxembourg public limited liability company, with its principal place of business at 15, Rue Edward Steichen, 4th Floor, L-2540 Luxembourg.

3.      Uniloc Luxembourg and Uniloc USA are collectively referred to as "Uniloc." Uniloc has researched, developed, manufactured, and licensed information security technology solutions, platforms and frameworks, including solutions for securing software applications and digital content. Uniloc owns and has been awarded a number of patents. Uniloc's technologies

enable, for example, software and content publishers to securely distribute and sell their high-value technology assets with minimum burden to their legitimate end users. Uniloc's technology are used in several markets, including, for example, software and game security, identity management, intellectual property rights management, and critical infrastructure security.

4.      Brocade Communication Systems, Inc. ("Brocade" or "Defendant") is a Delaware corporation with its principal place of business at 130 Holger Way, San Jose, California 95134. Brocade may be served with process through its registered agent, The Corporation Trust Company, at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801. Brocade may also be served with process through its Texas registered agent, CT Corporation System, at 1999 Bryan St, Suite 900, Dallas, TX 75201. Upon information and belief, Brocade does business in the State of Texas and in the Eastern District of Texas. Brocade's business in the State of Texas is evidenced in part by Brocade's maintenance of a registered agent in Texas.

## JURISDICTION AND VENUE

5.      Uniloc brings this action for patent infringement under the patent laws of the United States, namely 35 U.S.C. §§ 271, 281, and 284-285, among others. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367.

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(c) and 1400(b). On information and belief, Defendant is deemed to reside in this judicial district, has committed acts of infringement in this judicial district, has purposely transacted business involving its accused products in this judicial district and/or, has regular and established places of business in this judicial district.

7.      Defendant is subject to this Court's personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to its substantial business in this State and judicial district, including: (A) at least part of its infringing activities alleged herein; and (B)

regularly doing or soliciting business, engaging in other persistent conduct, and/or deriving substantial revenue from goods sold and services provided to Texas residents.

**COUNT I**
**(INFRINGEMENT OF U.S. PATENT NO. 5,490,216)**

8.      Uniloc incorporates paragraphs 1 through 7 herein by reference.

9.      Uniloc Luxembourg is the owner, by assignment, of the '216 patent, entitled "SYSTEM FOR SOFTWARE REGISTRATION." A true and correct copy of the '216 patent is attached as Exhibit A.

10.      Uniloc USA is the exclusive licensee of the '216 patent with ownership of all substantial rights in the '216 patent, including the right to grant sublicenses, exclude others and to enforce, sue and recover damages for past and future infringements.

11.      The '216 patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

12.      Defendant has infringed one or more claims of the '216 patent in this judicial district and elsewhere in Texas, including at least claim 19, without the consent or authorization of Uniloc, by or through making, using, offering for sale, selling and/or importing a system, device and/or method for reducing software piracy, reducing casual copying and/or reducing the unauthorized use of software, including without limitation Brocade's product activation system and process that permits customers to activate and/or register software, used in connection with its software products including but not limited to Network Advisor.

13.      Defendant also may have infringed through other product activation systems and processes that permit customers to activate and/or register software not presently known to Uniloc. Uniloc reserves the right to discover and pursue relief against all infringing instrumentalities.

14.     Uniloc has been damaged as a result of Defendant's infringing conduct described in this Count. Defendant is, thus, liable to Uniloc in an amount that adequately compensates it for Defendant's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

15.     Any allegation of infringement against any defendant herein was not made on the basis of its use, sale, offer for sale, making or importing of any product, software, system, method or service provided by Flexera Software LLC or Rovi Solutions Corporation or any of their present or former affiliates or predecessors (including Flexera Software, Inc. Acresso Software Inc., Installshield Software Corporation, Flexco Holding Company, Inc., Installshield Co Inc., Globetrotter Software, Inc., C-Dilla Limited and Macrovision Corporation) (each a "Licensee Product"), including any product, software, system, method or service incorporating or using the activation, licensing, or registration functionality provided by such Licensee Product.

## JURY DEMAND

Uniloc hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

Uniloc requests that the Court find in its favor and against Defendant, and that the Court grant Uniloc the following relief:

a.      Judgment that one or more claims of the '216 patent has been infringed, either literally and/or under the doctrine of equivalents, by Defendant;

b.      Judgment that Defendant account for and pay to Uniloc all damages to and costs incurred by Uniloc because of Defendant's infringing activities and other conduct complained of herein;

c.      That Uniloc be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

    d.      That Uniloc be granted such other and further relief as the Court may deem just and proper under the circumstances.

**Dated: June 23, 2014**                           Respectfully submitted,

                                     /s/ E. Leon Carter by permission Wes Hill
                                   E. Leon Carter (TX Bar 03914300)
                                   lcarter@carterscholer.com
                                   J. Robert Arnett II (TX Bar 01332900)
                                   barnett@carterscholer.com
                                   Ryan S. Loveless (TX Bar 24036997)
                                   rloveless@carterscholer.com
                                   CARTER SCHOLER ARNETT HAMADA & MOCKLER, PLLC
                                   8150 N. Central Expressway, 5th Floor
                                   Dallas, Texas 75206
                                   Telephone: (214) 550-8188
                                   Facsimile: (214) 550-8185

                                   James L. Etheridge
                                   Texas State Bar No. 24059147
                                   Etheridge Law Group, PLLC
                                   2600 E. Southlake Blvd., Suite 120/324
                                   Southlake, Texas 76092
                                   817.470-.249
                                   817.877.5950 (Fax)
                                   Jim@EtheridgeLaw.com

                                   T. John Ward, Jr. (TX Bar 00794818)
                                   jw@wsfirm.com
                                   J. Wesley Hill (TX Bar 24032294)
                                   wh@wsfirm.com
                                   WARD & SMITH LAW FIRM
                                   P.O. Box 1231
                                   1127 Judson Road, Ste. 220
                                   Longview, Texas 75606-1231
                                   Telephone: (903) 757-6400
                                   Facsimile: (903) 757-2323

                                   **ATTORNEYS FOR PLAINTIFFS UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A.**